# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED LO, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-02329-JCM-NJK |
| vs. | ) ORDER |
| VERIZON WIRELESS, LLC, | ) |
| Defendant(s). | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 17. As an initial matter, the Court notes that the proposed discovery plan was not timely filed. *See* Docket No. 16. In addition, the proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See* Docket No. 22 at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of that deadline. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys Kyle Tatum and Deverie Christensen[1] to file a certification with

---

[1] A separate order will issue regarding attorney Patrick Kang.

1 the Court no later than April 24, 2014, indicating that they have read and comprehend Local Rules
2 26-4 and 26-1.
3    IT IS SO ORDERED.
4    DATED: April 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2