# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED LO,<br><br>              Plaintiff(s),<br><br>vs.<br><br>VERIZON WIRELESS LLC, et al.,<br><br>              Defendant(s). | Case No. 2:13-cv-02329-JCM-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 34) |

Pending before the Court is a motion to withdraw as Plaintiff's counsel.  Docket No. 34. Any response shall be filed no later than September 23, 2014.  The Court hereby **SETS** a hearing on the motion for October 8, 2014, at 2:30 p.m. in Courtroom 3D.  Plaintiff and his current counsel of record shall attend the hearing.  Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.  No later than September 18, 2014, Plaintiff's counsel shall serve Plaintiff with this order that he appear and shall file a proof of service.

        IT IS SO ORDERED.

        DATED:   September 16, 2014

                                                                           _____
                                                                           NANCY J. KOPPE
                                                                            United States Magistrate Judge