# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED LO,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>VERIZON WIRELESS LCC,<br><br>　　　　　Defendant(s). | Case No. 2:13-cv-02329-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 44) |

Pending before the Court is a filing by Plaintiff. Docket No. 44. The Court understands from the filing that Plaintiff wishes to proceed in this case *pro se*. The Court is unable to discern any other relief being requested by the Plaintiff. To the extent the filing is a motion seeking additional relief, it is hereby DENIED without prejudice. If Plaintiff seeks relief from the Court, he must file a motion clearly and concisely explaining the relief requested and the basis for the request.

IT IS SO ORDERED.

Dated: November 17, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE