# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALFRED LO,

Plaintiff(s),

vs.

VERIZON WIRELESS LLC,

Defendant(s).

Case No. 2:13-cv-02329-JCM-NJK

**NOTICE TO PLAINTIFF**

Both the Local Rules and the orders of this Court required the parties to submit a joint interim status report. *See* Local Rule 26-3; Docket No. 41. On January 7, 2015, Defendant filed an interim status report indicating that it had been provided to Plaintiff for his review, but that Plaintiff did not respond. *See* Docket No. 52 at 2. The Court issues this notice to remind Plaintiff that he is required to comply with the rules of the Court and all Court orders. *See, e.g.*, Federal Rule of Civil Procedure 16(f); Local Rule IA 4-1. The fact that Plaintiff is proceeding in this case *pro se* does not relieve him of that obligation. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). **The Court warns Plaintiff that any future violations of the rules or of the Court's orders may lead to the imposition of sanctions, up to and including dismissal of Plaintiff's case.**

IT IS SO ORDERED.

Dated: January 8, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE