# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALFRED LO,

                    Plaintiff(s),

vs.

VERIZON WIRELESS LLC, et al.,

                    Defendant(s).

Case No. 2:13-cv-02329-JCM-NJK

ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL

(Docket No. 54)

       Pending before the Court is Defendant's motion to compel.  Docket No. 54.  It appears that Plaintiff, who is proceeding *pro se*, attempted to respond to that motion by filing discovery responses with the Court.  *See* Docket No. 55.  In light of the discovery responses, it may be that the discovery dispute has been mooted or has otherwise changed since the time Defendant filed its motion to compel.  Accordingly, the motion to compel is hereby DENIED without prejudice.

       Lastly, the Court reiterates that a party seeking to propound discovery or respond to discovery must serve those papers on opposing counsel, rather than file them with the Court.  *See* Local Rule 26-8.

       IT IS SO ORDERED.

       DATED: February 2, 2015

                                 _____
                                   NANCY J. KOPPE
                                   United States Magistrate Judge